

MBZ/EBP 2011R00358


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 SEP 22 P 2:07

CLERK'S OFFICE
AT GREENBELT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. RWT 11 CR 0529 |
| **CHRISTOPHER S. LANE,** | * | (Felon in Possession of a Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)) |

*******

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about April 14, 2011, in the District of Maryland, the defendant,

**CHRISTOPHER S. LANE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: an Astra FireCat .25 caliber semi-automatic handgun bearing the serial number 759191.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d), and as a result of the defendant's conviction under the Information.

### Firearms Forfeiture

2. As a result of the offense set forth in Count One of the Information, the defendant,

**CHRISTOPHER S. LANE,**

shall forfeit to the United States the firearm identified in Count One of the Information and involved in that offense.

28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)

*Rod Rosenstein /EBP*
Rod J. Rosenstein
United States Attorney

Dated: September 22, 2011